# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW U.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. CV 24-10120 JWH (PVC) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

---

[1] The Court partially redacts Plaintiff's name in compliance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court hereby **ORDERS** as follows:

1.      The findings and conclusions of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2.      Judgment shall be entered **REVERSING** the decision of the Commissioner and **REMANDING** this action for further administrative proceedings consistent with the Report and Recommendation.

3.      The Clerk is **DIRECTED** to serve copies of this Order and the Judgment on counsel for Plaintiff and counsel for Defendant.

**IT IS SO ORDERED.**

Dated:  February 10, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

2