JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MATTHEW U.,[1]

          Plaintiff,

    v.

FRANK BISIGNANO, Commissioner of Social Security,

          Defendant.

Case No. CV 24-10120 JWH (PVC)

**JUDGMENT**

---

[1] The Court partially redacts Plaintiff's name in compliance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    The decision of the Commissioner is **REVERSED**.

2.    This action is **REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

Dated:  February 10, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

2